# EXHIBIT B

| US8843549 | Avoxi Genius (The accused product) |
|---|---|
| 1. A method for an application involving real-time notification of a client by a telephone switching system, comprising: | The accused product practices a method for an application involving real-time notification (e.g., incoming phone call notification received by a user utilizing Avoxi Genius system) of a client by a telephone switching system.<br><br><br><br>https://www.avoxi.com/cloud-contact-center-software/ |



https://www.avoxi.com/cloud-contact-center-software/features/

| a) opening a connection between the client and a server; | The accused product practices opening a connection between the client (e.g., when a user login to Avoxi account for receiving incoming calls) and a server (e.g., Avoxi's server). |
|---|---|



https://support.avoxi.com/genius-videos/making-phone-calls-in-genius



https://www.avoxi.com/cloud-contact-center-software/



https://www.avoxi.com/cloud-contact-center-software/features/

| b) transmitting notification messages from the telephone switching system | The accused product practices transmitting notification messages from the telephone switching system (e.g. calls that originate from a traditional phone switching network) to the server (e.g., Avoxi's server) using a networking protocol (e.g., IP). |
|---|---|

to the server using a networking protocol;

# How do I enable Genius notifications to see who is calling me?



To enable Genius call notifications, make sure you've allowed them in your Chrome browser. This can be done by selecting the lock icon in the URL address bar and then select **Allow** next to Notifications.

https://support.avoxi.com/58409-faq/how-do-i-enable-genius-notifications-to-see-who-is-calling-me

## Answering Incoming Calls in AVOXI Genius



https://support.avoxi.com/navigating-the-softphone/answering-incoming-calls



https://support.avoxi.com/genius-videos/making-phone-calls-in-genius



https://www.avoxi.com/cloud-contact-center-software/



## Cloud Contact Center Features to Transform Customer Service

AVOXI Genius contact center software provides advanced features to drive enhanced customer engagement and increased visibility.  Scalable and flexible, with applications and tools that make every area of your contact center smarter and more efficient.

### Call Management Features

| IVR | + |
| Call Queues | + |
| WebRTC Softphone | + |
| Enjoy HD Voice quality voice when you upgrade to the AVOXI Genius WebRTC softphone. No additional hardware required. | |
| ACD (Call Routing) | + |
| Voicemail Transcripts | + |
| Web-Based User Interface | + |
| Instantly set up and manage your Contact Center features, add new users, create queues, update routing rules, and manage your account from your online interface. | |

### Supervisor Tools

| Call Recording | + |
| Live Call Monitoring | + |
| Call Barge | + |
| Whisper | + |
| Call Disposition | + |
| Analytics | + |

https://www.avoxi.com/cloud-contact-center-software/features/

| c) transforming the notification messages at the server into a programming | The accused product practices transforming the notification messages (e.g., incoming phone call notification received by a user utilizing Avoxi Genius system) at the server (e.g., Avoxi's server) into a programming language code (e.g., markup language code such as HTML code) and using said networking protocol (e.g., IP) for sending the programming language code to the client (e.g., a user utilizing a web browser based version of the Avoxi |

| | |
|---|---|
| language code and using said networking protocol for sending the programming language code to the client, wherein the programming language code is executable by the client's browser; | Genius system), wherein the programming language code is executable by the client's browser (e.g., the web browser of a user).  https://support.avoxi.com/genius-videos/making-phone-calls-in-genius |

# How do I enable Genius notifications to see who is calling me?



To enable Genius call notifications, make sure you've allowed them in your Chrome browser. This can be done by selecting the lock icon in the URL address bar and then select **Allow** next to Notifications.

https://support.avoxi.com/58409-faq/how-do-i-enable-genius-notifications-to-see-who-is-calling-me

## Answering Incoming Calls in AVOXI Genius



https://support.avoxi.com/navigating-the-softphone/answering-incoming-calls



https://support.avoxi.com/genius-videos/making-phone-calls-in-genius



https://www.avoxi.com/cloud-contact-center-software/



https://www.avoxi.com/cloud-contact-center-software/features/

| | |
|---|---|
| d) using an HTTP streaming mechanism for transmission of the notification | The accused product uses an HTTP streaming (e.g., call or a messaging session streaming to a user's web browser) mechanism for transmission of the notification (e.g., incoming phone call notification received by a user utilizing Avoxi Genius system) from the server (e.g., Avoxi's server) to the browser (e.g., web browser of the user such as Google Chrome) through the open connection (e.g., a call queue which supports transmission and storage of notifications from Avoxi's server to a said website with the Web Widget), whereby the connection between the |

| from the server to the browser through the open connection, whereby the connection between the client and the server remains open in the intervening period between the transmission of individual notification messages; and | client and the server remains open in the intervening period between the transmission of individual notification messages.<br><br><br><br>https://support.avoxi.com/genius-videos/making-phone-calls-in-genius |

# What are the minimum requirements to use AVOXI Genius?

AVOXI Genius works best if your computer meets the following requirements:

- **Memory:** 4 GB RAM minimum (8 GB RAM recommended)
- **Hard Disk Space:** 500 MB hard drive space (required to install Google Chrome)
- **Operating System:** Mac OS — OS X Yosemite 10.10 or later and Windows— 7, 8, and 10 or later
- **Connection:** Voice calls – 150 kbps on download and upload per call (ie. If you have 3 agents on calls at the same time then you will need 450 kbps/.45 MB for your calls on top of whatever is needed for your data traffic as well)
- **Sound Adapter:** Full-duplex, 16-bit or use USB/ 3/4mm headphone jack

https://support.avoxi.com/58409-faq/what-are-the-minimum-requirements-to-use-avoxi-genius

# What browsers does AVOXI Genius support?

AVOXI Genius performs best on Google Chrome. Make sure your browser is up to date and on the most current version.

https://support.avoxi.com/58409-faq/what-browsers-does-avoxi-genius-support?from_search=38881076

# How do I enable Genius notifications to see who is calling me?



To enable Genius call notifications, make sure you've allowed them in your Chrome browser. This can be done by selecting the lock icon in the URL address bar and then select **Allow** next to Notifications.

https://support.avoxi.com/58409-faq/how-do-i-enable-genius-notifications-to-see-who-is-calling-me

## Answering Incoming Calls in AVOXI Genius



https://support.avoxi.com/navigating-the-softphone/answering-incoming-calls



https://www.avoxi.com/cloud-contact-center-software/



https://www.avoxi.com/cloud-contact-center-software/features/

| e) executing the programming language codes by the browser whereby the | The accused product practices executing the programming language codes (e.g., markup language code such as HTML code) by the browser (e.g., web browser of the user such as Google Chrome) whereby the respective notification messages are displayed or outputted (e.g., display notification or play sound) at the client. |
|---|---|

| respective notification messages are displayed or outputted at the client. | The user i.e. a business or customers can place a call from various devices which will thereby be notifying the Avoxi server so that the recipient can receive an in-app notification.  https://support.avoxi.com/genius-videos/making-phone-calls-in-genius |

# What are the minimum requirements to use AVOXI Genius?

AVOXI Genius works best if your computer meets the following requirements:

- **Memory:** 4 GB RAM minimum (8 GB RAM recommended)
- **Hard Disk Space:** 500 MB hard drive space (required to install Google Chrome)
- **Operating System:** Mac OS — OS X Yosemite 10.10 or later and Windows— 7, 8, and 10 or later
- **Connection:** Voice calls – 150 kbps on download and upload per call (ie. If you have 3 agents on calls at the same time then you will need 450 kbps/.45 MB for your calls on top of whatever is needed for your data traffic as well)
- **Sound Adapter:** Full-duplex, 16-bit or use USB/ 3/4mm headphone jack

https://support.avoxi.com/58409-faq/what-are-the-minimum-requirements-to-use-avoxi-genius

# What browsers does AVOXI Genius support?

AVOXI Genius performs best on Google Chrome. Make sure your browser is up to date and on the most current version.

https://support.avoxi.com/58409-faq/what-browsers-does-avoxi-genius-support?from_search=38881076

# How do I enable Genius notifications to see who is calling me?



To enable Genius call notifications, make sure you've allowed them in your Chrome browser. This can be done by selecting the lock icon in the URL address bar and then select **Allow** next to Notifications.

https://support.avoxi.com/58409-faq/how-do-i-enable-genius-notifications-to-see-who-is-calling-me

## Answering Incoming Calls in AVOXI Genius



When you are receiving an incoming call, you have the option to **Answer** or **Decline** the call.

Make sure your volume is turned up so that you are able to hear your call coming in.

*Genius Tip: We recommend having your softphone expanded outside of your browser so that you can see your softphone ringing at any*

*time. To do this select the expand icon*

https://support.avoxi.com/navigating-the-softphone/answering-incoming-calls



https://www.avoxi.com/cloud-contact-center-software/



https://www.avoxi.com/cloud-contact-center-software/features/

| 4. The method according to claim 1, further comprising: using the HTTP | The accused product uses the HTTP protocol (e.g., by means of a http browser) for the client-server connection. |

protocol for the client-server connection.



https://support.avoxi.com/genius-videos/making-phone-calls-in-genius

# What are the minimum requirements to use AVOXI Genius?

AVOXI Genius works best if your computer meets the following requirements:

- **Memory:** 4 GB RAM minimum (8 GB RAM recommended)
- **Hard Disk Space:** 500 MB hard drive space (required to install Google Chrome)
- **Operating System:** Mac OS — OS X Yosemite 10.10 or later and Windows— 7, 8, and 10 or later
- **Connection:** Voice calls – 150 kbps on download and upload per call (ie. If you have 3 agents on calls at the same time then you will need 450 kbps/.45 MB for your calls on top of whatever is needed for your data traffic as well)
- **Sound Adapter:** Full-duplex, 16-bit or use USB/ 3/4mm headphone jack

https://support.avoxi.com/58409-faq/what-are-the-minimum-requirements-to-use-avoxi-genius

# What browsers does AVOXI Genius support?

AVOXI Genius performs best on Google Chrome. Make sure your browser is up to date and on the most current version.

https://support.avoxi.com/58409-faq/what-browsers-does-avoxi-genius-support?from_search=38881076